**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF INDIANA**
**SOUTH BEND DIVISION**

| | |
|---|---|
| IN THE MATTER OF ) | |
| ) | BANKRUPTCY CASE 22-30803-pes |
| LAQUISE SHANTE WATSON ) | Chapter 7 |
| ) | |
| Debtor. ) | |

**TRUSTEE'S INVENTORY**
**AND REQUEST FOR NOTICE**

Comes now Douglas R. Adelsperger, duly qualified Trustee of the above-captioned Debtor's estate, and hereby submits this inventory and report of property of the estate of the Debtor.

All of the non-exempt assets of the estate of which he is presently aware, together with approximate values (exact values for assets in the Trustee's possession), but with no value shown where valuation is problematical, or possession disputed, are as follows:

**Income Tax Refunds**

This inventory and report of property is made pursuant to Federal Rule of Bankruptcy Procedure 2015 and lists the entirety of the estate. Some of the property listed, or portions thereof, may not materialize into assets of the estate of sufficient value to economically reduce to cash.

Pursuant to Federal Rule of Bankruptcy Procedure 3002(c)(5), I request that the Bankruptcy Clerk notify creditors that a payment of dividend appears possible in this case. I certify under the penalty of perjury that the foregoing inventory and report of property of the estate is true.

Dated: September 13, 2022

/S/Douglas R. Adelsperger, #14174-21
Douglas R. Adelsperger, Chapter 7 Trustee
P. O. Box 6129
South Bend, IN 46660
Telephone: (260) 407-0909
trustee@adelspergerlawoffices.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on September 13, 2022, a true and correct copy of the above and foregoing Trustee's Inventory and Request for Notice was transmitted electronically through the Bankruptcy Court's ECF System to:

United States Trustee, USTPRegion10.SO.ECF@usdoj.gov

and was sent via first class United States mail, postage prepaid, to:

Laquise Shante Watson, 1717 South William Street, South Bend, IN 46613

/S/Douglas R. Adelsperger, #14174-21
Douglas R. Adelsperger, Chapter 7 Trustee
P. O. Box 6129
South Bend, IN 46660
Telephone: (260) 407-0909
trustee@adelspergerlawoffices.com